**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COUNTY CONCRETE CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>*Defendant.* | Civil Action No. 2:19-cv-03449<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff County Concrete Corporation, by and through its undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant Greenwich Insurance Company.

| | |
|---|---|
| Date: April 19, 2019 | SAXE DOERNBERGER & VITA, P.C.<br><br>By: *Bethany Barrese*<br>Bethany L. Barrese<br>N.J. Bar No.: 017622012<br>35 Nutmeg Drive, Ste 140<br>Trumbull, CT 06611<br>Tel.   203-287-2100<br>Fax.   203-287-8847<br>blb@sdvlaw.com<br><br>Attorney for Plaintiff County Concrete Corporation |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and serve the document by U.S. mail to the following non-filing users pursuant to Rule 5 (b)(2) of the Federal Rules of Civil Procedure:

John Kha
AXA XL, a division of AXA
725 S. Figueroa St., Suite 4000
Los Angeles, CA 90017

Heather Fischer
Sedgwick
P.O. Box 171816
Memphis, TN 38187-1865

/s/ *Bethany L. Barrese*
Bethany L. Barrese
N.J. Bar No.: 017622012
Saxe Doernberger & Vita
35 Nutmeg Drive, Ste 140
Trumbull, CT 06611
Tel.   203-287-2100
Fax.   203-287-8847
blb@sdvlaw.com

Attorney for Plaintiff County Concrete Corporation