

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COUNTY CONCRETE CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>*Defendant.* | Civil Action No. 2:19-cv-03449<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff County Concrete Corporation, by and through its undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant Greenwich Insurance Company.

Date: April 19, 2019

SAXE DOERNBERGER & VITA, P.C.

By: *Bethany Barrese*
Bethany L. Barrese
N.J. Bar No.: 017622012
35 Nutmeg Drive, Ste 140
Trumbull, CT 06611
Tel.   203-287-2100
Fax.  203-287-8847
blb@sdvlaw.com

Attorney for Plaintiff County Concrete Corporation

SO ORDERED
4/24/19
_____
Arleo, U.S.D.J.